**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30387 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00131-MJP-14 |
| v. | |
| SVETLANA ANGEL YIM, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Marsha J. Pechman, Chief District Judge, Presiding

Argued and Submitted April 8, 2014
Seattle, Washington

Before: KOZINSKI, Chief Judge, and RAWLINSON and BEA, Circuit Judges.

Viewing the evidence in the light most favorable to the government, a

reasonable trier of fact could have found the essential elements of conspiracy to

distribute controlled substances, conspiracy to engage in money laundering, and

wire fraud beyond a reasonable doubt. *See United States v. Nevils*, 598 F.3d 1158,

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

1163-64 (9th Cir. 2010) (en banc) (citing *Jackson v. Virginia*, 443 U.S. 307, 319 (1979)).  Therefore, Svetlana Angel Yim's challenge to the sufficiency of the evidence supporting her convictions fails.  *See id*. at 1170.

**AFFIRMED**.